# United States Court of Appeals
## For the First Circuit

_____

No. 00-2432

EILEEN P. KIRK, M.D.,

Plaintiff, Appellant,

v.

THE HITCHCOCK CLINIC, MARY HITCHCOCK MEMORIAL HOSPITAL,
DARTMOUTH HITCHCOCK MEDICAL CENTER, DARTMOUTH COLLEGE,
DARTMOUTH MEDICAL SCHOOL, LISABETH MALONEY, BARRY SMITH,
THOMAS COLACCHIO, AND ELLEN HUBBELL,

Defendants, Appellees.

_____

ERRATA SHEET

The opinion of this court issued on August 20, 2001 is amended as

On p. 6, line 17, replace "than" with "that".

On p. 7, line 13, replace "or" with "of".